FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA TERECIA PALMER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>VENETIA TONIA DAYLE,<br><br>　　　　　　　Defendant. | No.  2:24-CV-146-MKD<br><br>ORDER OF DISMISSAL |

    Plaintiff commenced this action on May 3, 2024, ECF No. 1, and applied to proceed *in forma pauperis*, ECF No. 3.  On May 20, 2024, the Court denied Plaintiff's *in forma pauperis* application as "incomplete."  ECF No. 4.  The Court instructed Plaintiff to, within thirty days, "submit a new Application including the household income to proceed *in forma pauperis* or pay the full filing fee."  *Id*.

    Plaintiff filed an Amended Complaint on June 20, 2024, ECF No. 5, and again applied to proceed *in forma pauperis*, ECF No. 7.  On July 5, 2024, the Court denied Plaintiff's *in forma pauperis* application, noting it "remains incomplete."  ECF No. 8 at 2.  The Court instructed Plaintiff to, within thirty days, "submit a

ORDER - 1

new Application including the household income to proceed *in forma pauperis* or pay the full filing fee." *Id.* To date, Plaintiff has neither submitted a new application nor paid the filing fee.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice a complaint for failure to pay filing fee).

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failing to pay the filing fee or filing a completed application to proceed *in forma pauperis*.1

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, provide copies to the parties, and **CLOSE** the file.

ORDER - 2